UNITED STATES BANKRUPTCY COURT Middle District of Alabama

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on April 23, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**

**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Latonia Renae Carter
3740 Gas Light Curve
Montgomery, AL 36116

| Case Number:<br>15−31048 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−0692 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Richard D. Shinbaum<br>Shinbaum & Campbell<br>P.O. Box 201<br>Montgomery, AL 36101<br>Telephone number: 334−269−4440 | Bankruptcy Trustee (name and address):<br>Curtis C. Reding<br>P. O. Box 173<br>Montgomery, AL 36101<br>Telephone number: 334−262−8371 |

## Meeting of Creditors

***** photo identification required *****

Date: **June 11, 2015** Time: **10:00 AM**

Location: **Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **September 9, 2015** For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: August 10, 2015**

### Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan

The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **July 13, 2015**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>One Church Street<br>Montgomery, AL 36104<br>Telephone number: 334−954−3800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Juan−Carlos Guerrero |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: April 24, 2015 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Middle District of Alabama

In re:
Latonia Renae Carter
Debtor

Case No. 15-31048-DHW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2 User: admin Page 1 of 2 Date Rcvd: Apr 24, 2015
Form ID: b9i Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2015.

db +Latonia Renae Carter, 3740 Gas Light Curve, Montgomery, AL 36116-1943
3296601 +ADT, 5911 MONTICELLO DR, Montgomery, AL 36117-1940
3296603 ADT SECURITY SERVICES, PO BOX 371490, Pittsburgh, PA 15250-7490
3296605 +AT & T WIRELESS, 10550 DEERWOOD PK, BLVD STE 708, Jacksonville, FL 32256-0596
3296604 +Ashton Apts., 5600 Carmichael Road, Montgomery, AL 36117-1809
3296606 BAPTIST HEALTH, PO BOX 241145, Montgomery, AL 36124-1145
3296609 +CASH EXPRESS, 6309 ATLANTA HWY, Montgomery, AL 36117-6757
3296613 +CHECK EXPRESS, 260 WASHINGTON AVE, Montgomery, AL 36104-4250
3296614 +CHECK INTO CASH, 3448 ATLANTA HWY, Montgomery, AL 36109-2704
3296615 COTTONWOOD Estates, 600 Pearl Street, Jackson, AL 36545
3296618 +DISTRICT COURT OF MONTGOMERY, CIVIL DIVISION, P.O. BOX 1667, MONTGOMERY, AL 36102-1667
3296619 +Doyle & Donna Bingham, 4382 Jasmine Hill Rd, Wetumpka, AL 36093-1843
3296620 +Dynamic Security, P.O. Box 451, Tuscumbia, AL 35674-0451
3296621 +EAGLE LANDING APARTMENTS, 5800 EAGLE CIRCLE, Montgomery, AL 36116-6117
3296598 EQUIFAX INFORMATION SERVICES LLC, P.O. BOX 740241, Atlanta, GA 30374-0241
3296600 EXPERION, P.O. BOX 9701, Allen, TX 75013-9701
3296622 First Pont Collection Resources, 2480 Electric Road Ste 202, Roanoke, VA 24018
3296623 +GREEN MEADOWS APARTMENT, 3364 FOUNTAIN LANE, Montgomery, AL 36116-1461
3296624 +IMPERIAL FINANCE, 4010 MOBILE HIGHWAY, MONTGOMERY, AL 36108-4642
3296625 KNOLOGY, 1241 O. G. SKINNER DRIVE, West Point, GA 31833-1789
3296631 +SPRINT GARNISHMENT SERVICES, ATTN: KSOPT0101-Z2750, 6391 SPRINT PARKWAY, Overland Park, KS 66251-6100
3296599 +TRANSUNION CONSUMER SOLUTIONS, P.O. BOX 2000, CHESTER, PA 19016-2000
3296632 United States Department of Education, P.O.Box 530260, Atlanta, GA 30353-0260
3296634 +WOW, 770 N. Eastern Blvd, Montgomery, AL 36117-8619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

aty E-mail/Text: rshinbaum@smclegal.com Apr 24 2015 20:50:37 Richard D. Shinbaum, Shinbaum & Campbell, P.O. Box 201, Montgomery, AL 36101
tr +E-mail/Text: ch13montgomery@ch13mdal.com Apr 24 2015 20:51:43 Curtis C. Reding, P. O. Box 173, Montgomery, AL 36101-0173
3296607 EDI: CAPITALONE.COM Apr 24 2015 20:43:00 CAPITAL ONE, PO BOX 5155, ATTN; BANKRUPTCY CORRESPONDENCE, Norcross, GA 30091
3296608 EDI: CAPITALONE.COM Apr 24 2015 20:43:00 Capital One, P.O. Box 85015, Richmond, VA 23285-5075
3296612 E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Apr 24 2015 20:55:16 CHARTER COMMUNICATIONS, 2935 CITIZENS PARKWAY, Selma, AL 36701-3953
3296610 +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Apr 24 2015 20:55:25 CHARTER COMMUNICATIONS, 5990 MONTICELLO DR, Montgomery, AL 36117-6210
3296611 E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Apr 24 2015 20:55:31 CHARTER COMMUNICATIONS, PO BOX 9001870, Louisville, KY 40290-1870
3296616 +E-mail/Text: bk@creditcentralllc.com Apr 24 2015 20:51:36 CREDIT CENTRAL, 700 17TH ST NW, Cleveland, TN 37311-4341
3296617 EDI: DIRECTV.COM Apr 24 2015 20:43:00 DIRECT TV, 2230 EAST IMPERIAL HWY, MAIL STATION LA1/N367, El Segundo, CA 90245
3296627 +E-mail/Text: bankruptcy@rentacenter.com Apr 24 2015 20:51:45 RENT A CENTER, 5501 HEADQUARTERS DR, Plano, TX 75024-5845
3296628 +EDI: NAVIENTFKASMSERV.COM Apr 24 2015 20:43:00 Sallie Mae, PO Box 9500, Wilkes Barre, PA 18773-9500
3296629 E-mail/Text: bankruptcy@speedyinc.com Apr 24 2015 20:51:00 Speede Cash, 3611 North Ridge Road, Wichita, KS 67205-1214
3296630 +E-mail/Text: bankruptcy@speedyinc.com Apr 24 2015 20:51:00 Speedy Cash, 1501 Eastern Bypass, Montgomery, AL 36117-1605
3296633 E-mail/Text: ebankruptcy@woodforest.com Apr 24 2015 20:51:28 Woodforest National Bank, P O Box 7889‘, The Woodlands, TX 77387-7889

TOTAL: 14

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

3296602 ##+ADT Security Services, Recurring Payment Department, 14200 East Exposition Ave, Aurora, CO 80012-2540
3296626 ##+M & S Music, 3664-B Airport Blvd, Mobile, AL 36608-1616

TOTALS: 0, * 0, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2015 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2015 at the address(es) listed below:
NONE. TOTAL: 0